The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-223P |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| AUGUSTINE SANTOS-VASQUEZ, | |
| Defendant. | |

ORDER

The Court having reviewed the records and files herein and considered the stipulation of the parties, makes the following findings and enters the following order:

1. Additional time is necessary for the parties to prepare for trial, and to explore the possibility of a settlement short of trial. The parties believe if granted additional time, a settlement may be reached.

2. The ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the parties need to prepare the matter for trial would result in a miscarriage of justice.

3. The parties have requested and stipulated to a continuance and the defendant must sign and file a written waiver of speedy trial which will be filed with the Court no later than July 29, 2005.

ORDER OF CONTINUANCE — 1
SANTOS-VASQUEZ/CR05-223MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1    IT IS HEREBY ORDERED that the trial date is continued from August 8, 2005 to
2 September 26, 2005.  Pursuant to a stipulation of the parties, defendant shall file a waiver of speedy
3 trial by July 29, 2005
4    IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h),
5 the period of time from the current trial date to the new trial date is excluded in the computation of
6 time under the Speedy Trial Act.
7    DONE this 2nd day of August, 2005.

10         /S/Marsha J. Pechman
        MARSHA J. PECHMAN
11         United States District Judge

13 Presented by:

14 /s Lisca Borichewski
LISCA BORICHEWSKI
15 Assistant United States Attorney
WA Bar # 91005
16 United States Attorney's Office
601 Union Street, Suite 5100
17 Seattle, WA 98101-3909
Telephone: (206) 553-2266
18 Fax: (206) 553-0755
E-mail: lisca.borichewski@usdoj.gov

20 /s Lisca Borichewski per telephonic approval
THOMAS W. HILLIER
21 Attorney for AUGUSTINE SANTOS-VASQUEZ

ORDER OF CONTINUANCE — 2
SANTOS-VASQUEZ/CR05-223MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970