The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUGUSTINE SANTOS-VASQUEZ, ) <br> ) <br> Defendant. ) <br> _____) | NO.   CR05-223P <br><br> ORDER CONTINUING <br> TRIAL DATE |

<u>ORDER</u>

The Court having reviewed the records and files herein and considered the stipulation of the parties, makes the following findings and enters the following order:

1. Additional time is necessary for the parties to prepare for trial, and to explore the possibility of a settlement short of trial. The parties believe if granted additional time, a settlement may be reached.

2. The ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the parties need to prepare the matter for trial would result in a miscarriage of justice.

3. The parties have requested and stipulated to a continuance and the defendant has filed a waiver of speedy trial through December 31, 2005.

ORDER OF CONTINUANCE — 1
SANTOS-VASQUEZ/CR05-223MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

IT IS HEREBY ORDERED that the trial date is continued from September 26, 2005 to November 14, 2005 and pursuant to Title 18, United States Code, Section 3161(h), the period of time from the current trial date to the new trial date is excluded in the computation of time under the Speedy Trial Act.

DONE this 26th day of September, 2005.

/S/Marsha J. Pechman
MARSHA J. PECHMAN
United States District Judge

Presented by:

/s Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
WA Bar # 91005
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2266
Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov

/s Lisca Borichewski per telephonic approval
THOMAS W. HILLIER
Attorney for AUGUSTINE SANTOS-VASQUEZ

ORDER OF CONTINUANCE — 2
SANTOS-VASQUEZ/CR05-223MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970